```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NICHOLAS TERRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:10-mj-00139 MJS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER |
| v. | |
| NICHOLAS TERRY, | Date: January 18, 2011<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for December 8, 2010, may be continued to January 18, 2011, at 10:00 a.m.**

   This continuance is requested by counsel for Defendant to allow the parties additional time for plea negotiation and to finalize the plea agreement.  The requested continuance will conserve time and

///
///
///
///
///
///
///

1  resources for the parties and the Court.  Susan St. Vincent, has no objection to this request.

DATED: December 3, 2010                By: /s/ Susan St. Vincent
                                                                  SUSAN ST. VINCENT
                                                                  Paralegal Specialist, YNP
                                                                  National Park Service


                                                                  DANIEL J. BRODERICK
                                                                  Federal Defender


DATED: December 3, 2010                By: /s/ Francine Zepeda
                                                                 FRANCINE ZEPEDA
                                                                 Assistant Federal Defender
                                                                Attorney for Defendant
                                                                NICHOLAS TERRY


                                                         * * * ORDER * * *

IT IS SO ORDERED.

Dated:   December 5, 2010                  /s/ Michael J. Seng
                                                            UNITED STATES MAGISTRATE JUDGE